UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE PRATT, JR., | No. 2:22-cv-2117 KJN P |
| Plaintiff, | |
| v. | ORDER |
| SACRAMENTO PROTECTION SERVICES, et al., | |
| Defendant. | |

Plaintiff, a county jail inmate proceeding pro se, filed a civil rights action pursuant to 42 U.S.C. § 1983, together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff has not, however, filed his application for leave to proceed in forma pauperis on the form used by this district. In addition, plaintiff did not provide a certified copy of his prison trust account statement for the six month period immediately preceding the filing of his complaint. Accordingly, plaintiff is provided the opportunity to submit the application on the appropriate form, and to provide the trust account statement.

In accordance with the above, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner; and

////

1

2. Plaintiff shall submit, within thirty days from the date of this order, a completed application to proceed in forma pauperis, and a certified copy of his inmate trust account statement for the six month period prior to filing this action. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

Dated: December 15, 2022

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/prat2117.3d