UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE PRATT, JR., | No. 2:22-cv-2117 TLN KJN P |
| Plaintiff, | |
| v. | ORDER |
| SACRAMENTO PROTECTION SERVICES, et al., | |
| Defendants. | |

Plaintiff filed a motion for extension of time to file objections to the June 30, 2023, findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 15) is granted; and

2. Plaintiff is granted sixty days from the date of this order in which to file objections to the June 30, 2023, findings and recommendations (ECF No. 14).

Dated: August 1, 2023

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/prat2117.36